```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------X
                                      :
UNITED STATES OF AMERICA              :
                                      :   20-CR00653-RA3
    -against-                         :
                                      :   ORDER
                                      :
Shakhzod Yunusov                      :
                                      :
Defendant                             :
                                      :
--------------------------------------X
```

Sarah Netburn, United States Magistrate Judge:

It is hereby ORDERED that the defendant's bail be modified to eliminate the following condition of release:

1. Notify Pretrial Services prior to interstate truck driving trips.

2. Provide Pretrial Services with truck driving routes prior to departure.

Dated: February 7, 2022
New York, New York

SO ORDERED:

_____
Sarah Netburn
United States Magistrate Judge